UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HAVILAND,<br><br>        Defendant | Criminal No. 19cr10312<br><br>Violations:<br><br>Count One: Stalking<br>(18 U.S.C. § 2261A(2))<br><br>Counts Two and Three: Use of Interstate and Foreign Commerce to Transmit a Threat to Injure Another Person<br>(18 U.S.C. § 875(c))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Stalking
(18 U.S.C. § 2261A(2))

The United States Attorney charges:

On or about March 10, 2019, in the District of Massachusetts and elsewhere, the defendant,

MATTHEW HAVILAND,

did, with intent to kill, injure, harass, and intimidate another person, use interactive computer services, electronic communications services, and electronic communication systems of interstate commerce, and other facilities of interstate and foreign commerce, specifically e-mail messages, to engage in a course of conduct that (1) placed Victim 1, a person, in reasonable fear of death or serious bodily injury to Victim 1, and (2) caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

All in violation of Title 18, United States Code, Section 2261A(2).

<u>COUNT TWO</u>
Use of Interstate and Foreign Commerce to Transmit a Threat to Injure Another Person
(18 U.S.C. § 875(c))

The United States Attorney further charges:

On or about March 10, 2019, in the District of Massachusetts and elsewhere, the defendant,

MATTHEW HAVILAND,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: e-mail messages, which originated outside the Commonwealth of Massachusetts and were received and accessed by Victim 1 within the Commonwealth of Massachusetts, and did so intending that his messages communicate a threat and knowing that they would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
Use of Interstate and Foreign Commerce to Transmit a Threat to Injure Another Person
(18 U.S.C. § 875(c))

The United States Attorney further charges:

On or about and between March 15 and 16, 2019, in the District of Massachusetts and elsewhere, the defendant,

## MATTHEW HAVILAND,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: e-mail messages, which originated outside the Commonwealth of Massachusetts and were received and accessed by Victim 2 within the Commonwealth of Massachusetts, and did so intending that his messages communicate a threat and knowing that they would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 875(c), set forth in Counts Two and Three of this Information, the defendant,

MATTHEW HAVILAND,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                                        ANDREW E. LELLING
                                        United States Attorney

By:    /s/ Brian A. Pérez-Daple
       Brian A. Pérez-Daple
       Assistant United States Attorney

Date:   August 20, 2019