**EXHIBIT 1: Proposed Findings of Fact**

The government and defendant agree to adopt the facts set forth below for the purposes of sentencing.

<u>The Emails to Victim 1</u>

1. Over the course of approximately three-and-a-half hours on March 10, 2019, Mr. Haviland sent approximately 28 email messages from his email account to an individual, identified as Victim 1 in the Information, whose office and professorship are both located in Massachusetts. Many of those messages were violent or threatening, and all appeared to have been sent in response to Victim 1's support for abortion rights. The messages are reproduced here:

| Approximate Time Received | Content |
|---|---|
| 4:01 p.m. | So this is how it is now. You get to make any wicked allegations, calling them evil, calling them deeply corrupt, with no evidence, and in your very allegations asking for people to come forth with evidence to support what you say, and you are the right one, right? I think you are the evil, I think you are the person, along with all your Leftist brethren, trying to destroy this country by being able to take down someone without any evidence ever.<br><br>You call yourself a [REDACTED] professor?<br><br>Matt |
| 4:04 p.m. | How about, for example, killing babies? How about this witchhunt society where everyone gets burned at the stake before even asking for evidence, much less getting it.<br><br>You are the evil and it goes right down to killing babies, I don't have to make something up or wait for evidence. You guys literally fight for killing babies, and I am fighting against your ideas and your practices, and you are fighting against a ghost you invented of us. |
| 4:05 p.m. | Fight against ideas, how 'bout that |
| 5:18 p.m. | You who try to shut people up based on race, you who take a president who's taking our country in a place of more freedom rather than less, you who would brutally murder a child after they were born (or before they were born).<br><br>You are Evil. Pure evil—all Democrats must be eradicated, like the Confederates before them and among their ranks. They must be slaughtered. |

| Approximate Time Received | Content |
|---|---|
| 5:19 p.m. | *who would<br>*who would |
| 5:19 p.m. | *to a place |
| 5:24 p.m. | You deserve to have your legs torn off like all those fucking babies |
| 5:25 p.m. | And then have people march in the streets laughing at your distraction while they wear pink fucking hats. And then they should all be slaughtered to, because they're evil as well |
| 5:26 p.m. | * destruction[1] |
| 5:27 p.m. | You are a Nightmare. You are Josef Stalin. You deserve to be ambushed in a hallway and raped until your asshole bleeds |
| 5:27 p.m. | You deserve to have your innards ripped from your body and savored over the flesh of all Abortion doctors |
| 5:57 p.m. | You who would actively try to destroy our Liberty in the name if Fighting Fascism. You are the worst person in the world, just like every other baby-killing fucking Democrat |
| 5:57 p.m. | *name of<br>You deserve to have your cock skinned |
| 6:02 p.m. | You will be held accountable for every fucking baby you murdered through your horrible deception of they are not humans. |
| 6:02 p.m. | You will have your face ripped off and eaten by me, personally. I will enjoy raping your body after you're dead.<br>And that will only be the start. |
| 6:03 p.m. | I will rip every limb from your body and eat it, piece by piece. I will kill every member of your family and make them feel like every aborted baby that you have ever put under the thresher. |
| 6:05 p.m. | I will kill every Democrat in the world so we never more have to have our babies brutally murdered by you absolute terrorists. I will enjoy ripping the skin from your bodies peace by piece while you scream in agony. |

---

[1] The use of the asterisk in this message and others quoted here indicates a message meant to correct an error in an earlier message. In this instance, for example, the 5:26 p.m. message "* destruction" meant that the 5:25 p.m. message was intended to read " . . . laughing at your destruction," not " . . . laughing at your distraction," as originally written.

| Approximate Time Received | Content |
|---|---|
| 6:06 p.m. | *piece by piece |
| 6:06 p.m. | And you will know pain as our babies have known it for forty years. You are a terrorist, and you deserve to have your body died and mutilated. |
| 6:08 p.m. | You deserve to literally be ripped apart while you scream in horror |
| 6:09 p.m. | * be literally |
| 6:12 p.m. | I want you to undergo endless Agony until you're dead |
| 7:12 p.m. | I will bite through your eyeballs while you're still alive, and I will laugh while you scream |
| 7:13 p.m. | I will torture you relentlessly until the end of time. |
| 7:13 p.m. | I will feed your body to the pigs again and again until you have died 1000 times and I will start raping you while I do it |
| 7:14 p.m. | *and then I will |
| 7:14 p.m. | And you will suffer, Oh you will suffer<br>And I will enjoy your screams like fine wine while I pet myself |
| 7:28 p.m. | I will eat your Fucking Face off and throat in the garbage |

2. The emails were sent from Haviland's e-mail account, [REDACTED]. They were opened and read in Massachusetts by Victim 1 and Victim 1's assistant, whose desk is outside Victim 1's office and who has access to and routinely reads Victim 1's email account. Both were frightened by the messages. Victim 1, who says she/he is accustomed to receiving some hate mail and has a high tolerance for it, reported feeling very fearful for her/himself and for her/his family as a result of the emails and was very worried the sender of the e-mail may act upon the threats.

3. During a *Mirandized* interview at his home after his arrest, Haviland admitted to sending emails to Victim 1 in what he called "threatening language."

The Emails to the Victim 2

4. Over the course of about an hour and forty minutes on the evening of March 15, 2019, Haviland sent the admissions office for a professional school at the university where Victim 1 is a professor (identified as Victim 2 in the Information) approximately eleven emails of an increasingly violent and eventually threatening nature, followed by one additional e-mail sent a little over two hours later, on March 16, 2019. The twelve emails are reproduced here:

| Approximate Time Received | Content |
|---|---|
| 10:10 p.m. (March 15) | Hello,<br><br>I thought I was going to see something refreshing, seeing "Reclaiming Feminism" as a topic of debate or discussion within the Victim 2 admissions platform. Instead, I find that you guys instead of criticizing the brand of feminism that is taking over the West and castigating man as evil outlaws in society who should shut themselves up forever and never be understood or heard again, I see that you think the bad part of feminism is that involves *white* people?<br><br>"[REDACTED]"<br><br>(By the way, "cisgender" as an insult means we should be ashamed of the genders we are *born with*. You are evil—you're not progressive, you are **evil**.)<br><br>You are evil, you are just evil, and this is more racism from the evil radical feminists an intersectionality people, and don't forget that intersection Audi is the ultimate evolution of racism, classism, and gender warfare, judging everyone not by their character but taking every other possible metric and judging people by *that.*<br><br>You should be ashamed of yourselves.<br><br>Matt |
| 10:11 p.m. | *gender |
| 10:12 p.m. | *intersectionality<br><br>An evil *disease* of a Movement |
| 10:16 p.m. | And here's the link, and email. Thank you for reading, this will be my 1st [sic] message, but these people don't want *equality*.<br><br>[hyperlink redacted] |
| 10:21 p.m. | Oh, I'm sorry, I was sending that email to someone from The Washington Post as an example of the constant abuse I get, to the fucking **day**, for being a white person.<br><br>Fuck you, my existence is not a blight on society. Yours is, for pushing the idea that if you are able-bodied or white or okay WITH THE FUCKING GENDER YOU WERE BORN WITH, you are a bad person.<br><br>You people are Evil, *putrid*, and somebody shoudl [sic] BOMB your school for spreading the idea that it's okay to HATE people because of their race. |
| 10:26 p.m. | Thank You. |
| 10:27 p.m. | You are Horrible. |

| Approximate Time Received | Content |
|---|---|
| 10:28 p.m. | You should be Murdered in cold blood. |
| 10:41 p.m. | Fuck You |
| 11:34 p.m. | We're in a war, do you get that? It's another Civil War, as people who don't care about skin color versus you people who will demonize people for their color, for their ability to even fucking walk, for their gender. |
| 11:52 p.m. | *us people who |
| 3:10 a.m. (March 16) | I'm sorry, you should not be BOMBed You should not be murdered, but you *must* come to your senses |

5. These emails were sent from the same email address as the one Haviland used to email Victim 1, [REDACTED]. The messages were reported to the police and brought to the attention of the FBI. When asked during his *Mirandized* interview whether he remembered sending emails to Victim 2, Haviland answered, "Maybe, yeah." He stated that he did not remember those emails being particularly extreme (whereas he acknowledged that he considered the emails to Victim 1 "extreme").

Calls to a Women's Medical Center in Rhode Island

6. Overnight on or about the night of April 3–4, 2019, Haviland left over 100 voice messages at a women's medical center in Rhode Island that is advertised as an abortion clinic. In the majority of the messages, Haviland spoke of babies being murdered and drew comparison between Nazis and a doctor who worked at the clinic. In some of those messages, he screamed or raised his voice, and in some, he made explicit threats. In a minority of messages, Haviland was quiet and apologetic.

7. In a phone interview with law enforcement on or about April 8, 2019, Haviland admitted he was the one who placed the calls and apologized, stating that he had no intent to harm anyone. Haviland stated that he found the number for the clinic online and called to vent his beliefs against abortion.

Text Messages and Emails to Friends

8. Around the same time Haviland engaged in the conduct already described, he sent numerous unsolicited and violent electronic messages to friends whose views on abortion differed from his own. In the messages, Haviland drew extensive comparison between abortion and slavery (*e.g.*, "[If] you ever talk about Abortion as if it's a woman's right, you are making the same argument as a slave master who

5

says that he paid for his slaves") and calls abortion "a woman's holocaust, of babies." Among Haviland's text messages to one friend were the following, which Haviland sent over the span of about six minutes on March 29, 2019:

. . . We need Civil War, for this and Others.

Because you don't get to debate Slavery, and you don't get to debate Abortion. You just get Killed, someday, by the Good guys.

You don't get to Debate the Holocaust, and we will kill you there, too. We did. And if you guys stopped making horrible travesties of human murder, maybe we would have to stop killing you. Enjoy the Confederates while it lasts

Because it will, go down. And I'll be on the front lines Fighting you guys to stop this Endless murder of babies. Woman's rights? Yeah, right. It's a Travesty. It's an Evil. And you guys will keep pushing it until you Stop or we kill you. Literally.

Yeah

I'm beyond caring how I Sound. I was beyond that a long time ago. Now it's time for Justice, and if you don't wake You up, We will.

It never was a Woman's rights issue. It's literally killing babies. That's All it is, and We want you to stop it.

Or we will kill you to do it.

It's that Serious. It's not a Joke. . . .

<u>Posts on Medium.com</u>

9. In the spring of 2019, Haviland posted a number of violent comments on the website Medium.com, an online publishing platform on which users can post article-length writings on various topics.

10. For example, on or about May 7, 2018, a Medium user posted an article criticizing a political candidate who endorsed legislation that would impose criminal liability on

6

women who obtained abortions. In the comments section of that article are four comments date-stamped "Mar 29" posted by a Medium user with the user name "matthewyesitis Haviland," whose profile picture depicts Haviland. The first three of the March 29, 2019[2] comments read as follows (with asterisks here designating breaks between comments):

Fuck you. It *amazes* me, amazes me how pro-abortion activists or just people who like abortion take the moral high ground.

You're literally ripping babies physically apart in the Womb, and you take the moral high ground? "It's a woman's choice." **Fuck you.**

\*   \*   \*

You guys would *squirm* if whatever happened during Abortion *ever* happened to an Abortion doctor. You guys are so evil and so brainwashed, I would kill every one of you with my bare hands—or AT LEAST kill every abortion doctor.

\*   \*   \*

And I would be saving lives, lives upon lives upon lives and babies upon babies upon babies from termination and torture.

11. Another March 29, 2019 Medium.com post by Haviland reads: "What a nice person you are. I would rip your body apart like one of the babies and see if you were so happy about it then." And another, also from March 29: "If you shooting me in the head were enough to stop abortion worldwide, a thousand times—if I died and came back and you shot me again, a thousand times in a row, and then I stayed dead—I would easily, happily do that to stop abortion."

---

[2] The comments must have been posted in March 2019, not earlier, as the article to which the comments responded was not posted until after March 2018.