UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MATTHEW HAVILAND        ) | DOCKET NO. 19-10312-LTS |

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves the Court to permit him to withdraw as counsel for Matthew Haviland.  A conflict of interest has arisen in undersigned counsel's representation of Mr. Haviland, the nature of which requires withdrawal.  Therefore, undersigned counsel moves to withdraw and for successor counsel to be appointed.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer,
    B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
Tel: 617-223-8061

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: January 7, 2020                                    */s/ Scott Lauer*
                                                                    Scott Lauer