UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW HAVILAND | No. 1:18-CR-10312-LTS |

**MOTION TO CONTINUE SENTENCING
AND PROPOSED SCHEDULING DATES**

The United States of America respectfully requests that the Court continue the sentencing date, scheduled for June 26, 2020, to July 22, 2020.  As grounds for this request, the government states its expert needs additional time to review relevant materials, examine the defendant, and prepare and submit a final report.  The defendant objects to the continuance.

If the Court grants the present motion, the parties propose the following dates:

1. On or about June 24, 2020, Dr. Robert Mendoza will conduct his initial interview and examination of the defendant;

2. On or about July 2, 2020, Dr. Mendoza will conduct a follow-up examination of the defendant.  In the event that additional examination(s) are needed, Dr. Mendoza will inform the government immediately and the government will alert the defense;

3. On or about July 16, 2020, Dr. Mendoza will submit his final report to the government, which will immediately forward the report to defense counsel, the Court, and the U.S. Probation Department; and

4. On or about July 22, 2020, the sentencing of the defendant should occur.

The proposed schedule set forth above obviously is subject to the Court's availability. In addition, if due to the logistics associated with conducting an examination of the defendant during the pandemic, or if additional interviews of the defendant are needed, the government will immediately alert defense counsel and the Court to the possibility of any delay in the production of Dr. Mendoza's report and\or the sentencing date.

Wherefore, the United States respectfully requests that the Court continue the sentencing date from June 26, 2020, to July 22, 2020.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/ *William F. Bloomer*
William F. Bloomer
Assistant U.S. Attorney
 (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document was served via ECF on all parties of record on June 17, 2020.

*/s/William F. Bloomer*
William F. Bloomer
Assistant United States Attorney

**Local Rule 7.1 Certification**

I certify that before filing this motion, I conferred with opposing counsel and attempted in good faith to resolve or narrow the issue presented in this motion.

*/s/William F. Bloomer*
William F. Bloomer
Assistant United States Attorney