| *Case Name: United States v. Matthew Haviland* | | | | | 8/3/2020 |
|---|---|---|---|---|---|
| **Criminal No. 19-10312-LTS** | | | | | |
| **GOVERNMENT'S EXHIBIT LIST** | | | | | |
| **Exhibit Offered By** | **Exhibit Number** | **Objection** | **Admitted [Yes/No]** | **Description of Exhibit** | **Date Admitted** |
| Government | 1 | | | Voice Message: 1:09 minutes | |
| Government | 2 | | | Transcript of Voice Message: 1:09 minutes | |
| Government | 3 | | | Voice Message: 1:02 minutes | |
| Government | 4 | | | Transcript of Voice Message: 1:02 minutes | |
| Government | 5 | | | YouTube Video: 04/19/19 | |