UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-cr-10312-LTS |
| | ) | |
| MATTHEW HAVILAND, | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED REVISED CONDITION OF SUPERVISED RELEASE

NOW COMES the Defendant, Matthew Haviland, and, in light of the colloquy at the Sentencing Hearing, moves that the Court replace Special Condition of Supervised Release #10[1], with the following proposed condition:

> You shall execute releases authorizing your mental health providers to provide to Probation confidential information regarding your treatment to include: whether you continue in treatment or have discontinued treatment, the nature of the treatment provided, whether you have made or missed any appointments or sessions, whether you are prescribed medication and, if so, the name and dosage of that medication.

As grounds, undersigned counsel states that the proposed condition allows Probation to effectively monitor the Defendant and his treatment compliance, while preserving a zone of confidentiality necessary to promote other goals, particularly the patient-therapist relationship or alliance.[2]

---

[1] The condition currently reads: "You shall consent to share mental health information with probation." "Judgment," ECF No. 125, 08/06/2020, at 5.

[2] If a therapist believes a patient presents a danger to himself or others, this triggers professional and legal obligations to disclose such information, regardless of the presence or absence of a waiver.

Respectfully submitted,
MATTHEW HAVILAND,
By his attorney,

/s/Ian Gold
Ian Gold (BBO# 665948)
185 Devonshire Street, Suite 302
Boston, Mass. 02210
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

Date:  August 19, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that true copies of this document will be served on Assistant United States Attorney William Bloomer and the other registered parties through the ECF system on this date, Aug. 19, 2020.

/s/Ian Gold
Ian Gold