

# Memorandum

**To:**   Honorable Leo T. Sorokin, U.S. District Judge

**From:**   Justin Prophet, Senior U.S. Probation Officer

**CC:**   William Bloomer, AUSA; Ian Gold, Defense Attorney

**Date:**   October 6, 2020

**Re:**   Matthew Haviland, Dkt. 19-CR-10312
          <u>Request for a Status Conference</u>

Your Honor, the purpose of this memorandum is to request a status conference on or before October 14, 2020. This officer requests a status conference in order to provide an update to the Court about Mr. Haviland's upcoming transition to supervised release, discuss actions taken thus far regarding his treatment and housing needs, and make recommendations to meet the Court's intent.

This officer requests a status conference on or before October 14, 2020 because Mr. Haviland is expected to complete his custodial sentence on October 16, 2020. If Your Honor agrees to grant this request, please make the corresponding notation in the space below.

[ ]  Status Conference to be Scheduled

[ ]  Other

 

Honorable Leo T. Sorokin
U.S. District Judge

Date:

**Reviewed & Approved by:**

**<u>/s/ Jeffrey R. Smith</u>**

Jeffrey R. Smith
Supervising U.S. Probation Officer
Date 10/6/2020

1